PROB 12B
EDAR (12/2012)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 10 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK



# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Ian Thornton | Case Number: 4:14CR00084 JLH |
| Name of Sentencing Judicial Officer: | Honorable Richard T. Haik, Western District of Louisiana<br>United States District Judge |
| | March 25, 2014: Jurisdiction accepted in the Eastern District of Arkansas by the Honorable J. Leon Holmes<br>United States District Judge |
| Original Offense: | Conspiracy to Unlawfully Transport Stolen Property in Interstate Commerce |
| Date of Sentence: | October 12, 2011 |
| Original Sentence: | 27 months Bureau of Prisons, 3 years supervised release, DNA collection, substance abuse treatment, mandatory drug testing, mental health treatment, maintain full time employment, financial conditions, no new lines of credit, $107,410 restitution and $100 special penalty assessment |
| Type of Supervision: Supervised Release | Date Supervision Commenced: September 12, 2013<br>Date Supervision Expires: September 11, 2016 |
| U.S. Probation Officer: Dwayne M. Ricks | Asst. U.S. Attorney: Jana Harris — Defense Attorney: Chris Tarver |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

> The defendant shall make monthly restitution payments in the amount of 10 percent of the defendant's gross monthly income until paid in full.

## CAUSE

Initially, Mr. Thornton was required by the Court to make restitution payments in the amount of $3,000 per month for the first 35 months of supervised release and a payment of $2,410 his last month of supervised release. However, since being on supervised release Mr. Thornton has not made any restitution payments. When questioned, Mr. Thornton indicated he was unable to make the required restitution payments. Mr. Thornton was given a Prob 48 Monthly Cash Flow Statement to complete and return. After reviewing Mr. Thornton's Prob 48B and speaking with Mr. Thornton, it was determined that he was unable to submit the monthly payment amount ordered by the Court. On June 23, 2014, Mr. Thornton signed the attached Prob 49

Prob 12B                              -2-                    Request for Modifying the
                                                             Conditions or Terms of Supervision
                                                             with Consent of the Offender

Name of Offender: Ian Thornton                               Case Number: 4:14CR00084 JLH

waiving his rights to a hearing and agreeing to modify his conditions to reduce his fine payments to 10 percent of his gross monthly income. On August 4, 2014, Assistant Federal Public Defender Chris Tarver indicated he had advised Mr. Thornton to agree to the modification.

_____          _____
Dwayne M. Ricks                          Jana Harris
U.S. Probation Officer                   Assistant U.S. Attorney

Date: September 9, 2014                  Date: 9/10/14

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Chris Tarver, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203



PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall make monthly restitution payments in the amount of 10 percent of the defendant's gross monthly income until paid in full.

Witness: _____  Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

6-23-14
DATE