IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                          NO. 4:14CR00084-01 JLH

IAN THORNTON                                                           DEFENDANT

**ORDER**

Pending before the Court is the government's motion for revocation of supervised release of defendant Ian Thornton. Document #4. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled for **TUESDAY, DECEMBER 16, 2014, at 10:00 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **IAN THORNTON** and deliver to the United States Marshal for service.

Assistant Federal Public Nicole Lybrand is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 2nd day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE