IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              NO. 4:14CR00084-01 JLH

IAN THORNTON                                                                          DEFENDANT

## ORDER

The hearing on the government's Motion to Revoke the Supervised Release of defendant Ian Thornton is hereby rescheduled for **THURSDAY, JUNE 4, 2015, at 2:30 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #10.

IT IS SO ORDERED this 26th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE