# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    NO. 4:14CR00084-01 JLH

IAN THORNTON                                                                            DEFENDANT

## ORDER

Before the Court is the government's motion for revocation of defendant Ian Thornton's supervised release. Document #27. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **WEDNESDAY, MARCH 1, 2017, at 10:15 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **IAN THORNTON** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Nicole Lybrand is hereby reappointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 13th day of February, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE